SUSAN ISRAEL v. WENDY DERMAN AND A.M.
RODGERS CONSTRUCTION CO.

March 18, 1985.

Petition for certification denied.

DAIRY STORES v. SENTINEL PUBLISHING CO., INC.

March 18, 1985.

Petition for certification granted.   (See 198 *N.J.Super.* 19)

MR. AND MRS. WILLIE BURNSIDE, JR. v. NEW JERSEY STATE
INTERSCHOLASTIC ATHLETIC ASSOCIATION.

March 18, 1985.

Petition for certification denied.